DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AVERY SOUFFRANT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1182

[August 23, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Lynch, Judge; L.T. Case No. 13-242CF10A.

Avery Souffrant, Lake Butler, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***